```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRIAN KUCICH and ALISON KUCICH,      :
                                     :
                Plaintiffs,          :
                                     : 09 Civ. 3901(BSJ)(HBP)
        v.                           :
                                     :
                                     :    Order
360 BROOKLYN INVESTORS, LLC and      :
LAMPIASI & ASSOCIATES LLP,           :
                                     :
                Defendants.          :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/10

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Pursuant to the Court's April 2, 2010 order, Plaintiffs' amended motion for judgment on the pleadings is dismissed without prejudice and with leave to re-plead upon the conclusion of discovery.

SO ORDERED:

*/s/ Barbara S. Jones*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 4, 2010

1