JONES, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
BRIAN KUCICH and ALISON KUCICH,

                Plaintiffs,

      v.

360 BROOKLYN INVESTORS, LLC and
LAMPIASI & ASSOCIATES LLP,

                Defendants.
---------------------------------x

09 CV 3901 (BSJ) (HBP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**ECF CASE**

      It is hereby stipulated and agreed, by and between the parties to the above captioned action, by their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all of the claims and the counterclaims that have been asserted in this action are hereby dismissed with prejudice and without costs to either party.

Dated: New York, New York
      September 1, 2010

SEYFARTH SHAW LLP

BY: _____
David Monachino (DM-1527)
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

*Counsel for Plaintiffs*

KRAMER LEVIN NAFTALIS
& FRANKEL, LLP

BY: _____
Jeffrey W. Davis (JD-7170)
Natan M. Hamerman (NH-5845)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Counsel for Defendants*

SO ORDERED this 28th of Sept, 2010

_____
U.S.D.J.

12669685v.1